Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | REBECCA ADRIANNE BAILEY |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | SOUTHERN District of MISSISSIPPI |
| Case number | 24-01086 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: CADENCE BANK                  Court claim no. (if known):  1

Last 4 digits of any number you use to identify the debtor's account: 8653

Date of payment change:
Must be at least 21 days after date of this notice          07/01/25

New total payment: $617.00
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If statement is not attached, explain why: _____

   Current escrow payment: $144.54          New escrow payment: $145.54

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: .00000%                         New interest rate: .00000%
   Current principal and interest payment: $0.00         New principal and interest payment: $0.00

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

   Reason for change: _____
   Current mortgage payment: $0.00          New mortgage payment: $0.00

Official Form 410S1                    Notice of Mortgage Payment Change                    page 1

| Debtor 1 | REBECCA ADRIANNE BAILEY | | Case number (if known) | 24-018086 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.
☒ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

X  /s/Jenny Willis                                  Date   5 / 20 / 2025
   Signature

Print:     JENNY WILLIS                          Title   SENIOR BANKRUPTCY SPECIALIST
           First Name   Middle Name   Last Name

Company    CADENCE BANK

Address    P.O. BOX 789
           Number   Street

           TUPELO, MS 38802
           City   State   Zip Code

Contact phone  662-678-7548           Email  JENNY.WILLIS@CADENCEBANK.COM

Official Form 410S1     Notice of Mortgage Payment Change     page 2

# **CERTIFICATE OF SERVICE**

    I hereby certify that this day a true and correct copy of the foregoing Notice of Mortgage Payment Change was served via ECF system to the following:

Hon. Thomas Carl Rollins, Jr., trollins@therollinsfirm.com

Hon. Torri Parker Martin, tpm@tpmartinch13.com

    I further certify that a true and correct copy of the foregoing Notice of Mortgage Payment Change was mailed first class mail, postage prepaid to the following:

Rebecca A. Bailey  
4612 Deer Meadow Ln  
Troy, VA  22974

    This the 20th day of May 2025.

    /s/Jenny Willis  
Cadence Bank  
by: Jenny Willis

```
Cadence Bank - Secondary
2778 w jackson street
Tupelo              MS 38801



888-797-7711




REBECCA ADRIANNE BAILEY                YOUR LOAN NUMBER:        8653
207 E CLAY ST
RIDGELAND           MS 39157-9157

                                DATE: 05/07/25


* ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - LAST CYCLE ACCOUNT HISTORY *

THIS HISTORY STATEMENT COMPARES YOUR PRIOR ANALYSIS CYCLE PROJECTED ESCROW
ACTIVITY TO THE ACTUAL ESCROW ACTIVITY BEGINNING JUN 01, 2024 AND ENDING MAY 31,
2025. IF YOUR LOAN WAS PAID-OFF, ASSUMED OR TRANSFERRED DURING THIS PRIOR CYCLE,
OR THE COMPUTATION YEAR IS BEING CHANGED, ACTUAL ACTIVITY STOPS AT THAT POINT.
THIS STATEMENT IS INFORMATIONAL ONLY AND REQUIRES NO ACTION ON YOUR PART.

              --- YOUR PAYMENT BREAKDOWN AS OF JUN 01, 2024 IS ---

                 PRINCIPAL & INTEREST         471.46
                 ESCROW DEPOSIT               145.18
                 OPTIONAL INSURANCE             0.00
                 REPLACE RESV/FHA SVC CHG       0.00
                 SHORTAGE                       0.00
                 DEFICIENCY                     0.00
                 SURPLUS                        0.00
                 ROUNDING                      -0.64
                 LESS BUYDOWN/ASST PAYMENT      0.00
                 BORROWER PAYMENT             616.00


         PAYMENTS TO ESCROW   --- PAYMENTS FROM ESCROW ----   -- ESCROW BALANCE --
MONTH    PRIOR PRJ   ACTUAL   PRIOR PRJ   ACTUAL DESCRIPTION  PRIOR PRJ    ACTUAL

JUN 24    145.18        *                                      1284.90       977.24
JUL 24    145.18        *                1301.09* HOMEOW       1430.08      -323.85 A
AUG 24    145.18    146.54    1284.90
AUG 24              144.54
AUG 24              142.54*                      *              290.36 T     109.77
SEP 24    145.18    144.54*                                     435.54       254.31
OCT 24    145.18        *                                       580.72       254.31
NOV 24    145.18    144.54*                                     725.90       398.85
DEC 24    145.18    144.54     457.31    457.31  COUNTY
DEC 24              144.54*                                     413.77       230.62
JAN 25    145.18        *                                       558.95       230.62
FEB 25    145.18    144.54
FEB 25              144.54*                                     704.13       519.70
```

```
MAR 25     145.18    144.54*                              849.31        664.24
APR 25     145.18          *                              994.49        664.24
MAY 25     145.18         **                             1139.67        664.24
TOTALS               1445.40               1758.40
```

UNDER FEDERAL LAW, WHEN YOUR ACTUAL ESCROW BALANCE REACHED THE LOWEST POINT,
THAT BALANCE WAS TARGETED NOT TO EXCEED 1/6TH OF THE ANNUAL PROJECTED
DISBURSEMENTS. YOUR LOAN DOCUMENTS OR STATE LAW MAY SPECIFY THAT YOUR LOWEST
BALANCE MUST BE A LOWER AMOUNT THAN THE FEDERAL LAW ALLOWS.

UNDER YOUR MORTGAGE CONTRACT OR STATE OR FEDERAL LAW, YOUR TARGETED LOW POINT
BALANCE (T) WAS        290.36. YOUR ACTUAL LOW POINT ESCROW BALANCE (A) WAS
     -323.85.

BY COMPARING THE ANTICIPATED ESCROW TRANSACTIONS WITH THE ACTUAL TRANSACTIONS
YOU CAN DETERMINE WHERE A DIFFERENCE MAY HAVE OCCURRED. AN ASTERISK (*)
INDICATES A DIFFERENCE IN EITHER THE AMOUNT OR DATE OF THE PROJECTED
ACTIVITY AND THE ACTUAL ACTIVITY. A DOUBLE ASTERISK (**) INDICATES PROJECTED
ACTIVITY THAT HAS NOT YET OCCURRED DUE TO THE DATE OF THIS STATEMENT.

IF THERE ARE NO PRIOR PAYMENTS TO OR FROM ESCROW SHOWN, THERE WAS NO PRIOR
PROJECTION TO WHICH THE ACTUAL ACTIVITY COULD BE COMPARED.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
05/24           146.54         00/00              0.00        00/00           146.54
00/00          0.00                               00/00         0.00
00/00      0.00                                   00/00         0.00
00/00      0.00                                   00/00         0.00
```

```
Cadence Bank - Secondary
2778 w jackson street
Tupelo              MS 38801



888-797-7711




REBECCA ADRIANNE BAILEY                      YOUR LOAN NUMBER:         8653
207 E CLAY ST
RIDGELAND           MS 39157-9157

                                            DATE: 05/07/25


         *** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - PROJECTIONS ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING 07/01/25 THROUGH 06/30/26.
------- ANTICIPATED PAYMENTS FROM ESCROW - 07/01/25 THROUGH 06/30/26 -------
             HOMEOWNER/FIRE              1301.09
             COUNTY TAXES                 457.31

          TOTAL PAYMENTS FROM ESCROW     1758.40

          MONTHLY PAYMENT TO ESCROW       146.53 (1/12TH OF ABOVE TOTAL)

------- ANTICIPATED ESCROW ACTIVITY - 07/01/25 THROUGH 06/30/26--------
        -ANTICIPATED PAYMENTS-                -- ESCROW BALANCE COMPARISON --
MONTH  TO ESCROW  FROM ESCROW   DESCRIPTION    ANTICIPATED        REQUIRED
                    ACTUAL  STARTING BALANCE      2235.58          1301.09
JUL 25   146.53                                   2382.11          1447.62
AUG 25   146.53      1301.09   HOMEOWNER/FI ALP   1227.55   RLP     293.06
SEP 25   146.53                                   1374.08          439.59
OCT 25   146.53                                   1520.61          586.12
NOV 25   146.53                                   1667.14          732.65
DEC 25   146.53       457.31   COUNTY TAXES       1356.36          421.87
JAN 26   146.53                                   1502.89          568.40
FEB 26   146.53                                   1649.42          714.93
MAR 26   146.53                                   1795.95          861.46
APR 26   146.53                                   1942.48         1007.99
MAY 26   146.53                                   2089.01         1154.52
JUN 26   146.53                                   2235.54         1301.05

------------ DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE
(RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS       0.00.
NOTE - THIS SHORTAGE THAT WILL BECOME PART OF YOUR MONTHLY PAYMENT
```

```
WILL BE COLLECTED FOR A PERIOD OF 00 MONTHS FROM JULY 01, 2025.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED
BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS        934.49.
DEPENDING ON THE AMOUNT AND APPLICABLE FEDERAL AND STATE REQUIREMENTS, THE
SURPLUS FUNDS WILL EITHER BE SENT TO YOU IN THE FORM OF A CHECK OR APPLIED TO
FUTURE PAYMENTS.


------------------ CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------
            PRINCIPAL & INTEREST                              471.46
            ESCROW (1/12TH OF ANNUAL ANTICIPATED              146.53
               DISBURSEMENTS AS COMPUTED ABOVE)
            PLUS: OPTIONAL INSURANCE PREMIUMS                   0.00
            PLUS: REPLACEMENT RESERVE OR FHA SVC CHG            0.00
            PLUS: SHORTAGE PAYMENT                              0.00
            MINUS: SURPLUS CREDIT                               0.00
            ROUNDING ADJUSTMENT                                -0.99
            MINUS: BUYDOWN/ASSISTANCE PAYMENTS                  0.00


BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 07/01/25       617.00
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF
MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING
OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES
A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED
ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS     293.06.
YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR
ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE
IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS       293.06.


YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT
TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT
TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
03/25        144.54      04/25         144.54      05/25         289.08   *
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
00/00        0.00                              00/00         0.00
00/00        0.00                              00/00         0.00
00/00        0.00                              00/00         0.00
```