B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

In re: REBECCA ADRIANNE BAILEY

Case No. 24-01086

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| The Huntington National Bank | Cadence Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Court Claim # (if known): 1-1
Amount of Claim:  $59,343.13
Date Claim Filed: 5/17/2024

The Huntington National Bank
P.O Box 89424
Cleveland, OH 44101

Phone: 888-632-5547
Last Four Digits of Acct #: 6273

Phone: 662-678-7548
Last Four Digits of Acct. #: 8653

Name and Address where transferee payments should be sent (if different from above):

The Huntington National Bank
5555 Cleveland Ave GW1N13
Cleveland, OH 44231

Phone:  888-632-5547
Last Four Digits of Acct #: 6273

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:     /s/ Beth Yanniello                Date:6/18/2026
        Transferee/Transferee's Agent

*Penalty for making a  false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.