**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Rebecca Adrianne Bailey , Debtor**

**Case No. 24-01086-JAW**
**CHAPTER 13**

**MOTION TO APPROVE THE SALE OF CERTAIN REAL PROPERTY**

COME NOW, Debtor, by and through counsel, and move this Court to approve the sale of certain real property, and in support thereof, would show the Court as follows:

1. Debtor commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. That Debtor has put up for sale for Certain Real Property located at 207 E. Clay Street, Ridgeland, MS 39157. This includes the house and land that is mortgaged by Cadence Bank, and more particularly described as:

    Lot Thirteen (13), Northwood Subdivision, Part One (1), a subdivision according to a map of plat thereof on file and of record in the office of the Chancery Clerk of Madison County at Canton, Mississippi, in Plat Book 5 at Page 31 thereof, reference to which map or plat is hereby made in aid of and as a part of this description.

3. That Debtor wish to sell the property for $105,000.00. That the loan with Cadence Bank and all other valid liens should be paid in full from the proceeds.
4. That should any funds remain after the loan and all closing costs be paid, that debtor should retain those funds up to $75,000.00 under Miss. Code Ann. §85-3-21. Any funds in excess of the $75,000 homestead exemption should be turned over to the Trustee to apply to Debtor's bankruptcy.

WHEREFORE, Debtors pray that this motion be approved and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533