**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Rebecca Adrianne Bailey , Debtor** **Case No. 24-01086-JAW**
**CHAPTER 13**

**ORDER APPROVING THE SALE OF CERTAIN REAL PROPERTY**

ON THIS DATE the Court considered the Motion to Approve the Sale of Certain Real Property (Dk # ___) and no objection to the motion was timely filed by any party. It is therefore,

**ORDERED** and **ADJUDGED** that the sale of Debtor's Real Property is approved. Debtor is allowed to sell certa. in real property, located at 207 E. Clay Street, Ridgeland, MS 39157 and more particularly described as:

> Lot Thirteen (13), Northwood Subdivision, Part One (1), a subdivision according to a map of plat thereof on file and of record in the office of the Chancery Clerk of Madison County at Canton, Mississippi, in Plat Book 5 at Page 31 thereof, reference to which map or plat is hereby made in aid of and as a part of this description.

The mortgage lien of Cadence Bank and all other valid liens shall be paid in full from the proceeds. The Settlement Agent shall disburse to the Debtor's sales proceeds up to $75,000.00 after all closing costs, mortgages, and liens are paid. If any funds still exist over the homestead exemption of $75,000, Settlement Agent shall turn the funds over to the Trustee for disbursement in Debtor's bankruptcy estate.

##END OF ORDER##

SUBMITTED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr., (MSBN103469)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601)500-5533