**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Rebecca Adrianne Bailey**
**, Debtor**

**Case No. 24-01086-JAW**
**CHAPTER 13**

# NOTICE

Debtor has filed papers with the court to approve the sale of certain real property.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant the Motion, or if you want the court to consider your views on the Motion, then on or before 21 days, you or your attorney must:

File with the court a written request for a hearing at:

U.S. Bankruptcy Clerk
U.S. Bankruptcy Court
Thad Cochran United States Courthouse
501 E. Court St., Ste 2.300
Jackson, MS 39201

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to the debtor's attorney:

Thomas C. Rollins, Jr.
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
(601) 500-5533

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief, which shall sustain this Motion.

Date: August 26, 2026

Signature: /s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
PO Box 13767
Jackson, MS 39236
601-500-5533
trollins@therollinsfirm.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Rebecca Adrianne Bailey , Debtor** **Case No. 24-01086-JAW CHAPTER 13**

**MOTION TO APPROVE THE SALE OF CERTAIN REAL PROPERTY**

COME NOW, Debtor, by and through counsel, and move this Court to approve the sale of certain real property, and in support thereof, would show the Court as follows:

1. Debtor commenced this case by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. That Debtor has put up for sale for Certain Real Property located at 207 E. Clay Street, Ridgeland, MS 39157. This includes the house and land that is mortgaged by Cadence Bank, and more particularly described as:

   Lot Thirteen (13), Northwood Subdivision, Part One (1), a subdivision according to a map of plat thereof on file and of record in the office of the Chancery Clerk of Madison County at Canton, Mississippi, in Plat Book 5 at Page 31 thereof, reference to which map or plat is hereby made in aid of and as a part of this description.

3. That Debtor wish to sell the property for $105,000.00. That the loan with Cadence Bank and all other valid liens should be paid in full from the proceeds.
4. That should any funds remain after the loan and all closing costs be paid, that debtor should retain those funds up to $75,000.00 under Miss. Code Ann. §85-3-21. Any funds in excess of the $75,000 homestead exemption should be turned over to the Trustee to apply to Debtor's bankruptcy.

WHEREFORE, Debtors pray that this motion be approved and for such additional or alternative relief as may be just and proper.

Respectfully submitted

/s/ Thomas C. Rollins, Jr.

Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500-5533

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:
REBECCA ADRIANNE BAILEY

CASE NO: 24-01086

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 13

On 8/26/2026, I did cause a copy of the following documents, described below,

Notice and Motion to Approve Sale

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/26/2026

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.

The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401
601-500-5533
trollins@therollinsfirm.com

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:

REBECCA ADRIANNE BAILEY

CASE NO: 24-01086

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13

On 8/26/2026, a copy of the following documents, described below,

Notice and Motion to Approve Sale

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/26/2026

Victoria Blake

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Thomas C. Rollins, Jr.
The Rollins Law Firm
702 West Pine St
Hattiesburg, MS 39401

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 24-01086
SOUTHERN DISTRICT OF MISSISSIPPI
WED AUG 26 11-46-43 PST 2026

CADENCE BANK
PO BOX 789
TUPELO MS 38802-0789

CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI
CO AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI
AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE
OKLAHOMA CITY OK 73118-7901

CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

THE HUNTINGTON NATIONAL BANK
P O BOX 89424
CLEVELAND OH 44101-6424

THE HUNTINGTON NATIONAL BANK
PO BOX 789
TUPELO MS 38802-0789

~~EXCLUDE~~
~~US BANKRUPTCY COURT~~
~~THAD COCHRAN US COURTHOUSE~~
~~501 E COURT STREET~~
~~SUITE 2300~~
~~JACKSON MS 39201-5036~~

ALLY BANK
RESURGENT CAPITAL SERVICES
PO BOX 10368
GREENVILLE SC 29603-0368

ALLY FINANCIAL
PO BOX 380901
MINNEAPOLIS MN 55438-0901

CADENCE BANK
ATTN LEGAL DEPARTMENT
PO BOX 789
TUPELO MS 38802-0789

CAPITAL ONE AUTO
ATTN BANKRUPTCY
7933 PRESTON RD
PLANO TX 75024-2359

CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI
ONE NA CO AIS PORTFOLIO SERVICES LL
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY OK 73118-7901

~~EXCLUDE~~
~~(D)CAPITAL ONE AUTO FINANCE A DIVISION OF CAPI~~
~~ONE NA CO AIS PORTFOLIO SERVICES LL~~
~~4515 N SANTA FE AVE DEPT APS~~
~~OKLAHOMA CITY OK 73118-7901~~

CHARLES FRANK FAIR BARBOUR
UNDERWOOD LAW FIRM PLLC
FOR CADENCE BANK
221 SUNNYBROOK ROAD SUITE B
RIDGELAND MS 39157-2206

CHARLES FRANK FAIR BARBOUR
UNDERWOOD LAW FIRM PLLC
FOR CADENCE BANK
POST OFFICE BOX 1874
MADISON MISSISSIPPI 39130-1874

CREDIT ONE BANK
ATTN BANKRUPTCY
6801 CIMARRON RD
LAS VEGAS NV 89113-2273

DELL FINANCIAL
PO BOX 81607
AUSTIN TX 78708-1607

GULFCO OF MISSISSIPPI LLC
PO BOX 320001
FLOWOOD MS 39232-0001

LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

(P)MOHELA
CLAIMS DEPARTMENT
633 SPIRIT DRIVE
CHESTERFIELD MO 63005-1243

(P)MISSION LANE LLC
PO BOX 105286
ATLANTA GA 30348-5286

OLLO CARD SERVICES
ATTN BANKRUPTCY
PO BOX 9222
OLD BETHPAGE NY 11804-9222

PERSONIFY
PO BOX 208417
DALLAS TX 75320-8417

PLAIN GREEN LOANS
PO BOX 270
HAYS MT 59527

(P)REPUBLIC FINANCE LLC
282 TOWER RD
PONCHATOULA LA 70454-8318

~~EXCLUDE~~
~~(D)(P)REPUBLIC FINANCE LLC~~
~~282 TOWER RD~~
~~PONCHATOULA LA 70454-8318~~

RESURGENT RECEIVABLES LLC
PO BOX 10587
GREENVILLE SC 29603-0587

RESURGENT RECEIVABLES LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE SC 29603-0587

SCOLOPAX LLC
1415 WESTERN AVE
STE 700
SEATTLE WA 98101-2051

~~EXCLUDE~~

~~(D)THE HUNTINGTON NATIONAL BANK~~
~~PO BOX 89424~~
~~CLEVELAND OH 44101-6424~~

~~EXCLUDE~~

~~UNITED STATES TRUSTEE~~
~~501 EAST COURT STREET~~
~~SUITE 6-430~~
~~JACKSON MS 39201-5022~~

DEBTOR

REBECCA ADRIANNE BAILEY
207 E CLAY ST
RIDGELAND MS 39157-2833

RESURGENT CAPITAL RESURGENT RECEIVABLES LLC
PO BOX 10587
GREENVILLE SC 29603-0587

~~EXCLUDE~~

~~THOMAS CARL ROLLINS JR~~
~~THE ROLLINS LAW FIRM PLLC~~
~~PO BOX 13767~~
~~JACKSON MS 39236-3767~~

~~EXCLUDE~~

~~TORRI PARKER MARTIN~~
~~TORRI PARKER MARTIN CHAPTER 13 BANKRUPT~~
~~200 NORTH CONGRESS STREET STE 400~~
~~JACKSON MS 39201-1902~~