**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: September 29, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**Southern District of Mississippi**

**IN THE MATTER OF:** **CASE NO.: 24-01086- JAW**
**REBECCA ADRIANNE BAILEY**
**SS#: XXX-XX-1800**

**RELEASE OF WAGES**

THE ORDER HERETOFOR ENTERED IN THESE PROCEEDINGS BY WHICH THE DEBTOR'S EMPLOYER:

AYA HEALTHCARE
ATTN PAYROLL DEPT
5930 CORNERSTONE CT W, STE 300
SAN DIEGO, CA 92121-0000

WAS REQUIRED TO PAY THE ABOVE DEBTOR'S EARNINGS OR A PORTION THEREOF TO:

Torri Parker Martin
Standing Chapter 13 Trustee
200 NORTH CONGRESS STREET
SUITE 400
JACKSON, MS 39201-1902

IS VACATED FOR THE FOLLOWING REASON(S): NO LONGER EMPLOYED

AND THE ABOVE-NAMED EMPLOYER WILL HENCEFORTH CEASE DEDUCTIONS OF ANY WAGES AND WILL ACCOUNT DIRECTLY TO THE EMPLOYEE FOR ANY WAGES EARNED.

##END OF ORDER##